**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ANITA CLINARD**                                                                    **PLAINTIFF**

**VS.**                          **CASE NO.** _____

**WASHINGTON REGIONAL MEDICAL CENTER and**
**SOLIMAN MOHAMED ALI SOLIMAN, M.D.**                          **DEFENDANTS**

## COMPLAINT

Comes now Plaintiff, Anita Clinard, by and through her Counsel, The Brad Hendricks Law Firm, and for her Complaint against the Defendants Washington Regional Medical Center and Soliman Mohamed Ali Soliman, M.D., and states as follows:

## INTRODUCTORY STATEMENT

This is an action to redress employment discrimination based on and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e et seq., and the Civil Rights Act of 1991, and the Arkansas Civil Rights Act, Ark. Code Ann. §§ 16-123-101, et seq. Plaintiff also alleges claims of intentional infliction of emotional distress (outrage). This Court also has jurisdiction to hear Plaintiff's claims arising under Arkansas law pursuant to federal pendent jurisdiction.

## JURISDICTION

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) pursuant to Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U .S.C. § 2000e et seq., and the Civil Rights Act of 1991, and the Arkansas Civil Rights Act, Ark. Code Ann. §§ 16-123-101, seq. The Court also has jurisdiction to hear Plaintiff's claims arising under Arkansas law pursuant to federal pendent jurisdiction.

## VENUE

2. Venue herein is proper under 28 U.S.C. §1391(b) and 42 U.S.C. §2000e-5(f)(3).

## THE PARTIES

3. At all relevant times, Plaintiff Anita Clinard, a female, resided in Springdale, Washington County, Arkansas.

4. At all relevant times, Plaintiff has been an "employee" within the meaning of 42 U.S.C. § 2000e(f) and the Arkansas Civil Rights Act, Ark. Code Ann. §§ 16-123-101, et seq.

5. At all relevant times, Defendant Washington Regional Medical Center ("Washington Regional"), was a domestic non-profit corporation in good standing with the Arkansas Secretary of State.

6. Defendant Washington Regional's registered agent is Thomas J. Olmstead, 3215 N. North Hills Blvd., Fayetteville, AR 72703.

7. At all relevant times, Defendant Washington Regional was an "employer" engaged in an industry affecting commerce within the meaning of § 701(b), (g) and (h) of Title VII, 42 .S.C. § 2000e(b), (g), and (h).

8. At all relevant times, Defendant Soliman Mohamed Ali Soliman, M.D. ("Soliman") was an employee of Defendant Washington Regional.

## FACTS

9. Plaintiff went to work for Washington Regional in January of 2002 and the Walker Heart Institute in February of 2005.

10. Throughout her tenure with Defendant Washington Regional Plaintiff has met or exceeded all legitimate expectations of her employer.

11. Plaintiff began working with Defendant Soliman in January of 2012.

12.     Plaintiff was never warned by Defendant Washington Regional of Defendant Soliman's long history of sexual harassment.

13.     Defendant Dr. Soliman has a history of defending sexual harassment claims prior to and during his employment at Washington Regional.

14.     Defendant Washington Regional has allowed Dr. Soliman to sexually harass Ms. Clinard and other nurses over the last eight years.

15.     Dr. Soliman has made unnerving sexual comments to female nurses about his greatest sexual fantasies, inappropriate jokes, intimidation through staring and body language, and has made nonconsensual physical contact with Ms. Clinard.

16.     His conduct has created a hostile work environment which continues to cause Ms. Clinard to suffer from anxiety, sleep deprivation, and panic attacks.

17.     Ms. Clinard has been forced to modify her work schedule, not take overtime opportunities and take other measures to avoid crossing paths with Dr. Soliman.

18.     Washington Regional has known about Dr. Soliman's history of sexual harassment in the workplace since at least 2011.

19.     Despite this knowledge, notices of Dr. Soliman's sexual harassment, and even a formal disciplinary action in 2015, Dr. Soliman remains a high-profile physician at the hospital.

20.     His continued presence at Washington Regional fosters a hostile work environment not only for Ms. Clinard, but for many other nurses and future victims.

Washington Regional's Knowledge of Dr. Soliman's Sexual Harassment:

21.     Sexual Harassment Prior to Employment at Washington Regional:

A.     Washington Regional has known since 2011 that Dr. Soliman was suspended from him previous practice for more than six (6) months after coworker Ms. Taryn L. Plummer obtained an Emergency Ex-Parte No-Contact Order against Dr. Soliman. (Case information for Case # 2011. OP-000648 is attached hereto as EXHIBIT 1).

B.    During the credentialing process, but after Dr. Soliman's effective date of employment, Washington Regional received a letter dated December 28, 2011 from Dr. J. Eric Bleyer, M.D., & President of Medical Staff of Memorial Medical Center in Springfield, Illinois, where Dr. Soliman was previously employed. SEE EXHIBIT 2. In the letter, Dr. Bleyer discloses an unnamed female employee at the medical center that obtained a no a contact order against Dr. Soliman on Apri119, 2011. Dr. Soliman did not practice at the medical center again until Ms. Plummer voluntarily agreed to vacate the order more than six (6) months later on November 11, 2011.

C.    On February 28, 2019, Ms. Clinard called Dr. John Weiss, a thoracic surgeon at Washington Regional. Dr. Weiss said he already knew Ms. Clinard was calling about Dr. Soliman. Dr. Weiss told Ms. Clinard about Dr. Soliman's past sexual harassment at the medical center in Illinois. Dr. Weiss stated to Ms. Clinard that while working there he had cautioned the Washington Regional hiring committee against hiring Dr. Soliman due to his previous misconduct. Dr. Weiss told Ms. Clinard that at the time, he believed that Dr. Soliman's history of sexual harassment would resurface at Washington Regional if the committee chose to hire him. Washington Regional chose to hire him anyway.

22.    Sexual Harassment during Employment at Washington Regional:

A.    Ms. Brooke Pruitt, a former coworker of Ms. Clinard's, worked at the Walker Heart Institute at Washington Regional as an A.P.N. in Dr. Soliman's department from 2010 until 2012. During her tenure, Dr. Soliman sexually harassed her on multiple occasions. When Ms. Clinard got up the nerve to report Dr. Soliman's behavior, she called Ms. Pruitt to inform her of the situation. Ms. Pruitt confirmed Dr. Soliman's sexual harassment and offered to "tell all" that he had done to her. The most disturbing incident involving was a series of text messages that occurred in 2012. In the messages, Dr. Soliman asks Ms. Pruitt, "Do you know what my greatest fantasy is?" Although Ms. Pruitt no longer possesses the text messages from Dr. Soliman over seven (7) years ago, she has provided an affidavit supporting her claims.  SEE EXHIBIT 3.

Additionally, Ms. Pruitt sent a letter to the Arkansas State Medical Board outlining the details of Dr. Soliman's harassment against her. SEE EXHIBIT 4. Ms. Pruitt thought Dr. Soliman would stop contacting her after she left Washington Regional in 2012 when her family moved to Jonesboro. However, Dr. Soliman continued to text her about unprofessional matters after she stopped working at the Walker Heart Institute. After Ms. Pruitt moved to Jonesboro, Ms. Rose Smithson, the office administrator at the Walker Heart Institute, contacted her and asked if Dr. Soliman had ever sexually harassed her or said anything inappropriate. Her call was prompted by yet another nurse (the identity of whom is unknown) that had raised a complaint about Dr. Soliman to Ms. Smithson. Ms. Pruitt told Ms. Smithson about Dr. Soliman and sent her documentation that contained numerous inappropriate and harassing text messages from Dr. Soliman. Ms. Smithson now claims that Ms. Pruitt never complained or provided documentation about Dr. Soliman; however, Ms. Pruitt respectfully disagrees.

On January 28, 2019, despite previously sexually harassing Ms. Pruitt, and in an apparent attempt to secure a statement against Ms. Clinard, Dr. Soliman asked Ms. Pruitt for a "huge favor that was "very very important for [his] career." SEE EXHIBIT 5. Dr. Soliman's text to Ms. Pruitt also stated, "Everyone think[s] that you left because of me." Because of Ms. Smithson's denial that any one had ever complained about Dr. Soliman, and at the request of Ms. Clinard, Ms. Pruitt

emailed Ms. Laurie Morrow, H.R. Director of Washington Regional, about Dr. Soliman's new messages and once again complained of his sexual harassment. SEE EXHIBIT 6. Ms. Pruitt never received a reply from Ms. Morrow.

        B.     In 2015, then CEO and President of Washington Regional Medical Center William L. Bradley issued a formal letter reprimanding Dr. Soliman for the 'Sexual harassment of another female employee. SEE EXHIBIT 7. The employee alleged Dr. Soliman made many of the same touching gestures that prompted Ms. Clinard's Complaint. She claimed that Dr. Soliman initially touched her face, made obscene comments about her breasts and another man's penis, offered her gifts, and even tried to kiss her on the mouth. PAGE 2 EXHIBIT 7: Mr. Bradley required Dr. Soliman to sign and date each section of the Washington Regional Medical Center's HR Policy on sexual harassment indicating his understanding of the policy and his agreement to abide by the policy. PAGE 1 EXHIBIT 7. Dr. Soliman's signing and returning the policy was a condition to his continued employment. PAGE 1 EXHIBIT 7.

        C.     Sometime around 2015, Dr. Soliman sexually harassed, yet another employee, Ms. Jessica Royal by making sexual comments and encroaching upon her personal space. After Ms. Royal filed a complaint with the Washington Regional HR. department, she was too afraid to leave the building where she worked alone. Ms. Royal would have her husband pick her up or have security escort her to her car. Eventually Ms. Royal transferred departments and is now working in a supervisory administrative position where she is no longer involved with Dr. Soliman. Although Ms. Royal has not provided an affidavit supporting her claim, Ms. Royal maintains that her complaint was clearly documented in her file with the Washington Regional H.R. department. To Plaintiff's knowledge, no action was ever taken regarding Ms. Royal's complaint against Dr. Soliman. Although Ms. Clinard has not yet been able to perform discovery, she believes that discovery will uncover even more complaints against Dr. Soliman.

     23.    Washington Regional never fully investigated Dr. Soliman.  Despite Dr. Soliman's past history, Washington Regional has never fully investigated the recent claims of Ms. Clinard or other female nurses who alleged that Dr. Soliman sexually harassed them. Instead of directly interviewing the employees alleging the harassment, Washington Regional consulted the employee's supervisor. Specifically, instead of contacting Brooke Pruitt or talking with other employees to investigate the merits of her complaint, Ms. Laurie Morrow, Washington Regional H.R. Director contacted Ms. Rose Smithson, the office administrator of the Walker Heart Institute of Washington Regional. SEE EXHIBIT 6 OF RESPONDENT'S POSITION STATEMENT.

     24.    Plaintiff has been met with reluctance from Washington Regional during this entire process.

25.    On January 24, 2019 at about 5:30PM, Ms. Clinard had her initial meeting with the H.R. Department. Within less than hour after the meeting Dr. Bogomilov, Dr. Soliman's partner and the primary physician that Ms. Clinard works with, learned of Ms. Clinard's Complaint against Dr. Soliman. Dr. Bogomilov informed Ms. Clinard that Dr. Soliman was needed at the Walker Heart Institute as long as possible.

26.    About a week later on January 31, 2019, Ms. Clinard disclosed to Ms. Smithson that Dr. Soliman had been sexually harassing her. Ms. Smithson responded that the Washington Regional H.R. Department had recent1y contacted her wanting to know if Ms. Smithson was aware of "any issues" between any doctors and staff members. After stating she was not aware of "any issues," the HR department informed Ms. Smithson that Dr.  Soliman had: been placed on leave for a week.

27.    Ms. Smithson told Ms. Clinard that she was not previously aware of the details of Dr. Soliman's Suspension; and that she was not previously aware that Ms. Clinard had filed a complaint against Dr. Soliman. In other words, a quick general question from HR was the only call Ms. Smithson ever received.

28.    Later that same day on January 31, 2019, Ms. Clinard asked Ms. Rose Smithson about the complaints Ms. Brooke Pruitt had against Dr. Soliman and Ms. Smithson verified that Ms. Pruitt had complained about Dr. Soliman. Ms. Smithson was under an obligation pursuant to Washington Regional's Policy #1001, to not suppress Dr. Soliman's sexual harassment, but to report it to the director of Human Resources. SEE PG. 2 OF EXHIBIT 8.

29.    Ms. Smithson sent Ms. Clinard an email after their meeting on January 31st asking her to keep "the situation you shared with me between us. There is no need for other employees to know." SEE EXHIBIT 9.

30.     On February 11, 2019, Ms. Clinard made her initial request to Ms. Smithson for the H.R. Department to review security footage from the January 19, 2019 incident showing Dr. Soliman inappropriately massaging her shoulders at the nurse's workstation in the hospital.

31.     On February 15, 2019, Ms. Morrow from the Washington Regional H.R. department contacted Ms. Clinard and told Clinard that the video footage did not show that Dr. Soliman had touched Ms. Clinard at all. Ms. Morrow would not even confirm that she had reviewed footage of Ms. Clinard and Dr. Soliman working on the same floor.

32.     After refusing to provide any further information about the incident to Ms. Clinard, Ms. Morrow abruptly stated that Ms. Clinard would need to talk to her attorney for further investigation regarding the security tapes, that Washington Regional's investigation was over, and that Dr. Soliman was not working that week.

33.     On February 18th, 2019, Ms. Clinard asked Ms. Smithson to personally review the security Footage from the January 19, 2019. On February 27th 2019; Ms. Smithson contacted Ms. Clinard and informed her that she and Ms. Morrow had reviewed the requested security footage, but the video was inconclusive as to whether Dr. Soliman had touched Ms. Clinard. On March 12, 2019, Claimant's counsel sent a letter via certified mail to Mr. Thomas Olmstead, Senior Vice President and General Counsel of Washington Regional, requesting 'all video recordings relating to the incidents outlined by Ms. Clinard in her initial complaint with Washington Regional be preserved in anticipation of litigation. SEE EXHBIT 10.

34.     Although Clinard has not yet viewed the recordings herself, her counsel expects their production in the course of discovery.  Fearing Dr. Soliman would again try to approach her in the secluded area where she works, Ms. Clinard requested that Washington Regional install additional security cameras in the upstairs nurse's office where she spends much of her time

working as a reasonable measure to prevent any future misconduct. However, her request was denied for 2019. SEE EXHIBIT 11.

35.     Following the very brief investigation of Ms. Clinard's claim, Washington Regional Suspended Dr. Soliman only one week for his conduct towards Ms. Clinard. Instead of imposing meaningful suspensions or terminating Dr. Soliman for his repeated instances of sexual harassment, Washington Regional allows him to remain on staff.

36.     Despite numerous and repeated incidents, Washington Regional has never fully investigated Dr. Soliman or questioned many of his victims. Many other employees are afraid to come forward with their own accounts because they are afraid of losing their jobs if they speak out against a doctor.

37.     The Defendant's consistent patterns of suppression and secrecy are telling, and Plaintiff believes discovery will reveal further evidence of Washington Regional's unwillingness to terminate or even investigate Dr. Soliman despite knowledge of his predatory harassment over his eight (8) years of employment at Washington Regional.

38.     Washington Regional 's Human Resources Policy #1001 clearly defines sexual harassment as "verbal or physical conduct of a sexual nature when ... The conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment" SEE PG. 1 OF EXHIBIT 8.

39.     The policy then provides examples of conduct that constitutes sexual harassment that is specifically applicable to Ms. Clinard's claim. The listed examples include: *comments of a sexual nature, including sexually explicit statements, questions, [or] jokes; remarks of a sexual nature concerning a person's body, clothing or appearance; physical contact of a sexual nature*

*including touching, rubbing, patting, hugging, or brushing against a person's body."* SEE PG. 2 OF EXHIBIT 8.

40.     Washington Regional has a separate sexual harassment policy pertaining to medical staff that defines, sexual harassment as "harassment such as sexual jokes, degrading comments, or actions and symbols of a sexual nature that create a hostile work environment." SEE PG 5 OF EXHIBIT 8.

41.     Dr. Soliman has violated Policy #1001 and the medical staff policy many different times with Ms. Clinard as well as many other nurses.

42.     Dr. Soliman's Harassment of Ms. Clinard:

A.     Dr. Soliman made unwanted contact and sexual comments to Ms. Clinard for the first time on June 28, 2017.  Clinard was at her desk early that morning when Dr. Soliman walked up to her, put his hands on her neck, and began to massage it. Ms. Clinard did not request this contact, and Dr. Soliman never asked if he could touch her. While still massaging her neck, Dr. Soliman leaned in to kiss Ms. Clinard and whispered, "You are so beautiful." Ms. Clinard quickly pushed him away causing him to suddenly leave. Dr. Soliman approached Ms. Clinard shortly after this incident in the mailroom and whispered, "I'm sorry." This conduct is clearly sexual harassment under Washington Regional's Police #1001.  In fact, it is the same conduct given as an example under the policy and that Dr. Soliman had been accused of in 2017. SEE EXHIBIT 7.

B.     On May 19, 2018, Dr. Soliman called Ms. Clinard on, her personal cell phone as she was leaving the clinic about non work-related subjects. Ms. Clinard looked up at the building and saw Dr. Soliman staring down at her from his office. His presence, call, and stares made Ms. Clinard feel he was stalking her.

C.     On November 9, 2018, Dr. Soliman approached. Ms. Clinard as she was attempting to enter the second-floor lobby of the Walker Heart Clinic. Dr. Soliman grabbed the door handle of the entrance to the clinic preventing her from entering. While holding the door shut, he told Ms. Clinard that she was beautiful and looked at her with an unnerving grin. Ms. Clinard tried several times to open the door, but Dr. Soliman would not let her in. After several attempts, Ms. Clinard asked Dr. Soliman to open the door and he finally complied.

D.     On January 19, 2019, Dr. Soliman approached Ms. Clinard from behind while she was sitting at the nurse's station. He placed his hands on her shoulders and began to rub them while telling her how much he respected her and thanking her for her help. Later that day, Dr. Soliman went into Ms. Clinard's office sat on her desk and stared at her. He then placed his hands on her, pulled her hair back and tried to rub her cheeks and her neck. Dr. Soliman leaned in

close to Ms. Clinard's face and whispered, "I respect you." Ms. Clinard pushed him away as Ms. Taylor Marshall, Dr. Soliman's nurse practitioner walked in and Dr. Soliman left the room. Ms. Marshall stayed in Ms. Clinard's office. A few moments later, Dr. Soliman called Ms. Clinard on her cellphone. Ms. Clinard placed the call on speakerphone so Ms. Marshall could listen, and Dr. Soliman apologized for his behavior. After he hung up, Ms. Clinard told Ms. Marshall about the harassment she endured over the past several months. This is the exact same conduct Dr. Soliman engaged in when he was reprimanded in 2015. SEE PG. 2 EXHIBIT 7.

E.    These specific instances of conduct do not include the frequent occasions Dr. Soliman would make inappropriate comments to Ms. Clinard about her appearance. Each instance set forth is a clear violation of Washington Regional's policy on sexual harassment. Much of Dr. Soliman's conduct is the same as the examples listed in Policy # 1001, and his actions have clearly created a hostile work environment for Ms. Clinard and the other nurses. There is no question that Dr. Soliman's conduct meets and exceeds the requirement for sexual harassment.

F.    On January 24th, 2019, Ms. Clinard met with Ms. Morrow of the Washington Regional H.R. Department and disclosed Dr. Soliman's conduct that had taken place over the last two years. On January 30, 2019, Mr. Larry Shackleford, President and CEO, of Washington Regional, issued a letter to Dr. Soliman addressing Ms. Clinard's complaint. SEE EXHIBIT 12. Mr. Shackleford's letter stated that Dr. Soliman be: suspended without pay for one week, exempted from certain group bonuses, required to complete a class on sexual harassment in the workplace, forbidden from touching any female employee, required to read and initial the H.R. policies on sexual harassment. Additionally, Mr. Shackleford warned Dr. Soliman that any other "colorable allegation of inappropriate conduct" would result in Dr. Soliman's termination. SEE PG 2 EXHIBIT 12. Although Mr. Shackleford's letter points out the similarities between the claims of Dr. Soliman's previous victims and Ms. Clinard, issues many stern warnings to Dr. Soliman, and provides a few light sanctions, it provides no substantive punishment.

G.    Exhibit 5 of Claimant's position statement is a letter from Taylor Marshall, Dr. Soliman's nurse practitioner. In the letter Ms. Marshall claims that although she was present when Dr. Soliman called Ms. Clinard on January 19, 2019, the conversation was only work related. Ms. Marshall's letter makes no mention of an apology by Dr. Soliman. However, Ms. Misti Pattillo sent Ms. Clinard an email stating that Ms. Marshall said she did hear Dr. Soliman make an apology to Ms. Clinard during the phone call on January 19, 2019. SEE EXHIBIT 13.

H.    In its Response, Washington Regional refutes Ms. Clinard's claims because no third-party witnessed Dr. Soliman's conduct against Ms. Clinard noting that it was "unsubstantiated." Of course there were no witnesses. Sexual harassers generally do not act with an audience. A sexual predator never acts in the presence of others. The fact that no witness saw Dr. Soliman touch or heard him make sexually charged comments to Ms. Clinard does not negate the substance of her claims. Moreover, Ms. Clinard immediately confided in a coworker after each occurrence supporting the veracity of her claims.

43.    Dr. Soliman's actions against Ms. Clinard constitute sexual harassment. Dr.

Soliman's conduct has created a hostile work environment for Ms. Clinard and for many other

nurses that work in his department. Washington Regional has known of Dr. Soliman's history of sexual harassment since at least 2011 and continues to permit this hostile environment through inaction. Ms. Clinard's health has suffered as a result of her work environment and she has been attending regular sessions with her therapist since March 18, 2019 to cope with the frequent panic attacks. Washington Regional's Response is, unfortunately, another effort to support Dr. Soliman to the detriment of other Washington Regional employees.

44.     The Plaintiff kept contemporaneous notes of her treatment at the hands of Dr. Soliman:

06.28.17 Early A.M. in clinic:
• This is the date that the inappropriateness of Dr. Soliman began. Dr. Soliman approached me at my desk and began touching and caressing my face and neck. Then Dr. Soliman pushed my hair aside and told me how beautiful I was. He leaned in and tried to kiss me, but I pushed him away. I was so shocked and appalled at his actions. Increased comments began in the days to follow that made me feel very uncomfortable.

05.19.18 Weekend rounds:
• I had already established a routine of not rounding on any of Dr. Soliman's weekends. However, Dr. Soliman was called in to place a device in a patient this particular day. Approximately 4 hours after his procedure was completed, I received a phone call from Dr. Soliman while on my way to my vehicle asking me if I was okay. He noticed that I had left through the backdoor of the downstairs clinic. When I turned around to look, I saw Dr. Soliman staring at me though his office window on the 2nd floor. I began to feel sick to my stomach and creepy all over again.  This was not a professional call.

07.12.18 Another office encounter:
• I was taking responsibility of getting Dr. Soliman to sign one of our APN's Birthday card and all who gave towards gift. I had the card in the office by the breakroom to keep it a secret. I was already uncomfortable with this and all wanted to do is get it over with. Dr. Soliman took his time signing the card smiling at me the whole time and telling me how beautiful I looked. I finally demanded that he sign the card.

11.09.18 Friday clinic:
• I was getting supplies together for our Bentonville clinic. Upon returning to the outside door of our clinic from the van, Dr. Soliman grabbed the handle of the door as though he was going to open it for me. Instead, Dr. Soliman looked at me up and

down and told me how beautiful I looked. This was not casual conversation but a creepy tone. I tried to open the door myself but Dr. Soliman stood there holding it and grinning at me. I finally commanded that he open the door.

01.19.19 2nd Weekend rounding:

•Need to add. In office printing hospital list of patients at my desk and talking over with Dr S before his NP gets there. We are talking about pt and Dr S interrupts, "Do you want me to leave?" I kept talking of patient. That was strange. This was prior to the other.

• Again, I had a routine of not working on any of Dr. Soliman's weekends. However, doctors do trade and sometimes I am not informed of this until it is already in progress. I avoided as much contact with Dr. Soliman as I possibly could this day. I was working on notes at the nurse's station on the 4200 block when Dr. Soliman approached me from behind and began to massage my shoulders. He tells me that he respects me, and I am a good nurse. He tells me that he likes working with me on the weekends. All can think about is how can I get away from this person.

• Later that afternoon I am back at the office completing charts when Dr. Soliman comes in. He sits at my desk and starts to pull my hair back and caress my face and neck. He leans in and whispers, "I respect you." I pushed him away again to make him stop.

• A few moments later, Dr. Soliman's APN, Taylor Marshall, arrived at the office and we were talking when Dr. Soliman calls my cell phone number. I put the call on speaker so that his APN could be a witness. Dr. Soliman proceeded to apologize for his actions. Taylor, Dr. Soliman's APN, listened to the call and was shocked by what she heard. I finally broke down and told her that this had been going on for over two years and now I had a witness. It was time for me to do something about it.

01.22.19:
 • I told my husband about Dr. Soliman's behavior.

01.23.19
My legal counsel called Defendant Washington Regional's H.R./Legal Department.

01.24.19 Initial Meeting with H.R.:

• Initial meeting took place at 5:30 p.m. at the office of Laurie Marrow, H.R. Director for Washington Regional Medical Center. I gave Laurie an account of what had been transpiring over the past 2 years with Dr. Soliman as best as I could.
• Taylor, Dr. Soliman's APN, is contacting me before I can return to my vehicle letting me know that H.R. has contacted her, and she is meeting with H.R. in the A.M.

• Dr. Boris Bogomilov, the doctor whom I work for and Dr. Soliman's partner, calls me because he has heard there is an issue between Dr. Soliman and me. I inform him that I have filed a complaint against Dr. Soliman for inappropriate touch and sexual harassment. Dr. Bogomilov's response to me is that he needs to keep Dr. Soliman on as long as possible.

01.25.19 Inside the clinic:
• People hear Dr. Soliman and Taylor Marshall, arguing
• Taylor meets with H.R. in the A.M.
• Misti Patillo, Dr. Bogomilov's APN, meets with H.R. in the A.M. Misti informs H.R. that another nurse has had issues with Dr. Soliman in the past but has now relocated to Jonesboro. Her name is Brooke Pruitt.

01.29.19 Text from Brooke Pruitt, APN:
• Brooke Pruitt, APN, sends me a text asking me what is going on there. Brooke also forwards me a text that Dr. Soliman just sent her. The text stated, *"Good morning Brooke, I need to ask you for a huge favor, very very important for my career." "/ am sorry* to *bother you, but everyone thinks that you left because of me."* This was right before Dr. Soliman's meeting with Dr. Ratcliff, Chief Medical Officer.
• I called Brooke and filled her in.

01.31.19 Conversation with Dr. Bogomilov:
• Dr. Bogomilov senses that I am angry and therefore begins a dialog with me. Dr. Bogomilov tells me that Dr. Ratcliff had told him that if Dr. Soliman had one more incident, then Dr. Bogomilov would need to be looking for a new partner. This was not only a surprise that Dr. Bogomilov divulged this to me but for the fact that something like this had happened before.
• Dr. Bogomilov directed me to request cameras in the clinic.
• Laurie, H.R. Supervisor calls me in for a meeting. Laurie states, that beginning tomorrow, Dr. Soliman will be on administrative leave for one week with no pay. He will also have to attend a class.
• I made request to Laurie to have cameras placed in our clinic since I worked there before and after hours without anyone else there.
• I asked Laurie if she had contacted Brooke over the texts that were sent to her by Dr. Soliman. Laurie informed me that Brooke was no longer an employee and therefore was not admissible.
• I became angry and confused
• During my lunch break, I went to the office of the clinic's administrator, Rose Smithson. I filled her in on what was going on. Rose told me that H.R. had contacted her asking her if she was aware of any issues between any of the doctors in the clinic or staff members. Rose told them that she was not aware of any issues. H.R. then informed her of Dr. Soliman would be off one week starting the next day. Rose did not know any details as to why. Rose was not aware of who the staff member was until I had communicated it to her. I asked Rose about Brooke and Rose verified that there had been an issue between Dr. Soliman and Brooke.

• Receive e-mail from Rose to me. "Keep this between us."

02.03.19 Request for file:
• I send an email to Rose requesting a copy of my personnel file.

02.06.19 Video camera:
• I remember the shoulder rubbing incident on the 4th floor of the hospital back on 01.19.19. I realize that there is a camera there right above us. I called security to talk to the Chief of Security, but he is out.

02.07.19 Video camera (Cont.)
• I made a 2nd call to the Chief of Security, Brad Hodges. He told me that I would need to work through my immediate supervisor who could request viewing of the tape. Chief also stated that video was saved for up to 90 days.
• I spoke with Rose at lunch. Rose stated that she would make a request to view the tape. I gave her date/time and the floor Dr. Soliman and I had been on.
• Email from Rose to me: "Left voicemail for Laurie to call me.

02.08.19 Follow up emails, Amber Halfacre, video (Cont.)
• Brooke emailed Laurie Marrow. Feel free to call me
• Jessica Knox, my tech, informs me that people are talking and know in the Cath lab.
• Amber Halfacre overhears a conversation between Dr. Ahmed and Jessie Stafford, PA, concerning turning in Dr. Soliman for sexual harassment by me.
• Amber comes to me and tells me that Dr. Soliman has been inappropriate with her. She tells me that Dr. Soliman has asked her to get on her knees and give him a "blow job."
• Amber informs me that she is going to our supervisor, Rose, and let her know of this incident.

02.09.19 Jessica Royale:
• I discovered that Jessica Royale, RN and 3rd Floor CMU-Assistant Director, had made a complaint to H.R. concerning Dr. Soliman. I contacted Jessica to and asked if she could tell me what it had been in reference to. Jessica informed me that she had made a complaint against him for sexual harassment. At the time of this incident, Jessica told me that she did not feel safe and would ask her husband to pick her up from work. If her husband was unavailable, then she would ask security to escort her to her vehicle.
• Jessica has transferred and is now Director of House Nursing Supervisors. Jessica has requested that any future inquiries could be directed to H.R. and to her file. She stated that all this information is there.

02.12.19 Panic:
• I am becoming increasingly overwhelmed with panic and nausea. I can't eat or sleep. My mind remains on that video.

02.13.19 Walk and review:
• I walk over to the 4th floor unit just to review and make sure that I saw a camera there. Verified that the camera was there at the entrance and I had been sitting between 4219 and 4220 at the nurse's station.

02.14.19 Follow up with Amber Halfacre:
• I spoke with Amber and she confirmed to me that she had gone to Rose Smithson and communicated with her what she had told me about Dr. Soliman's comments to her. Amber stated that Rose told her not to say anything more. Amber stated that Rose told her that it would come down to Dr. Soliman's words against Amber's.

02.15.19 Call back from H.R.
• Laurie calls me and tells me that there is nothing on the video. I asked Laurie if she had seen me working on this floor unit with Dr. Soliman. Laurie would not respond. Laurie became defensive and asked me if I was calling her a "liar." I told her that 1 didn't know. Was I? I then continued to give Laurie people's names and cases where Dr. Soliman had been in trouble for this same thing. Laurie's respond to me was that Dr. Soliman had been disciplined over my compliant. Laurie also stated that I would need to talk to my legal adviser for any additional help in this matter.

02.18.19 Requesting view of video from my supervisor:
• I texted Rose and asked her if she would review the video. Rose replied, "Yes."

02.21.19 Rose responds after reviewing video tape:
• Rose contacted me and informed me that she had reviewed the tape. Rose stated that the tape was grainy, and the angle was from a distance. Rose expressed that she could make out Dr. Soliman's hands go up but could not see where they landed. However, Rose did state that she could see Dr. Soliman standing behind me at the desk. I told her that I didn't believe that this was the camera that was above the desk. I thanked Rose for reviewing the tape. In addition, I told Rose of Dr. Bogomilov's inappropriate sexual comments while patients could hear him in the office. Rose stated that this was not appropriate and that she would speak to Dr. Bogomilov.

02.23.19 Lunch with Dr. Carver and Courtney Burns, APN
• I was weekend rounding with Dr. Carver and Courtney Burns, APN, when we broke for lunch. They both wanted to know how I was doing. I told them that I needed advice. I was confused and I didn't know what to do. Dr. Carver suggested I see a counselor, someone outside of my circle to speak with. Dr. Carver also stated that I looked as though I was having some signs of PTSD. Dr. Carver also made the comment that I had a right to seek out an attorney and or file a complaint with the Arkansas State Medical Board. Dr. Carver stated that he was very sorry that I was having to go through all of this but that he knew that I would do the right thing. Dr. Carver made me think by asking the question, "What if this would have been your daughter instead of you?" She would not know how to handle this. She would not know what to do. Dr. Carver stated, "This is not just about you, Anita (" There are

others and I can't believe Dr. Soliman is still here. This statement again confirmed to me that there were issues with Dr. Soliman prior to his coming to our clinic and there were those who had known about it.

02.27.19 Rose views the video:
• Rose lets me know that she has spoken with Laurie Morrow, Human Resource Director, and that she has viewed the video that I asked of her to do. Rose stated that the video is unclear.  Also, Rose states that it is difficult to determine where exactly Dr. Soliman places his hands after she views him raising them behind me. I thought that it was obvious where his hands had gone being so close to me. Laurie communicated to Rose that no additional discipline was going to be taken and supposedly, Dr. Soliman had already taken a significant hit financially being off for 1 week. Dr. Bogomilov also confirmed that Dr. Soliman had taken a hit financially but no one was willing or able to define what this meant to me.
• After Rose informed me of this meeting, I decided that it was time to make some decisions:

02.28.19
• Talk to my spouse about hiring an attorney.
• Get in touch with Dr. J. Weiss, who had recently retired from the Arkansas State Medical Board.
• Write and send a "Letter of Compliant" to the Arkansas State Medical Board Phone call with Dr. J. Weiss:
• I was able to get into contact with Dr. J. Weiss by phone. Before I could even begin the reason for my call, Dr. Weiss said, "I bet I know why you are calling me; and yes, I know who you are, and I remember you very well." It had been 4 years since I had last spoken to Dr. Weiss. Then Dr. Weiss asked me if this had anything to do with Dr. Soliman. I said, *"Yes."* Dr. Weiss told me that he had warned the hiring committee not to hire Dr. Soliman because Dr. Soliman had sexual harassment issues in the past with other hospitals and this would follow him here. However, Dr. Bogomilov came to Dr. Soliman's defense and stated that Dr. Soliman was a good guy disregarding Dr. Weiss' concerns. Dr. Weiss also communicated to me that Dr. Soliman had previously been in this kind of trouble in Illinois and almost lost his wife and family before moving to Arkansas. In addition, Dr. Weiss answered my questions on how to file a complaint and how the process would begin. Dr. Weiss ended the call by telling me that our clinic physicians should have a meeting and see to it that Dr. Soliman was fired. Dr. Weiss told me that I could contact him anytime and that I was flawless.
• I was able to look up the date of Dr. Soliman's required class the hospital was requiring him to take and his working schedule and Dr. Soliman had requested off on these dates.

03.08.19 1st letter of response from the Arkansas State Medical Board:
• I received response letter from the Arkansas State Medical Board. The letter states that Dr. Soliman has until April 5th to respond back to them concerning my complaint.

03.11.19 Make appointment with counselor.
• I contacted Healthcare EAP through work and I made an appointment with Amber Carsten for March 18th at 8:30a.m.

03.14.19 Another panic attack:
• Another night of no sleep. I am stressed and feels like I am choking.

03.18.19 First meeting with counselor:
• I communicated with counselor that I have struggled to get through the days. It has become difficult to think and to journal. Panic attacks had become more frequent throughout the days.

04.01.19 2nd meeting with counselor:
• Talked about the oddness being felt in the office.

04.03.19 Information being spoken in our clinic:
• I spoke with Courtney Burns, APN, Courtney heard a nurse on unit tell a new nurse not to text Dr. Soliman about how his patients are doing. Pick up a WRMC phone and call or Dr. Soliman will have your phone number. You will receive weird text and he will play you to see how far he can get.

04.05.19 Meet with Parents:
• I drove to Batesville after work to meet with my parents. I told them what had transpired between Dr. Soliman and me.

04.11.19 Close encounter:
• I was working late and noticed that Dr. Soliman had left the office three times with his coat on.  He had been very angry towards the end of the day and it seemed as though he was waiting to see if I would be the last one in the office. I could sense that he was wanting to say something to me. Fortunately, after the third time, I was able to walk out with another person and clock out from the downstairs offices where I left immediately afterwards.
• Still no word on cameras.

04.12.19 3rd letter from Arkansas State Medical Board:
• I received a letter from the Arkansas State Medical Board. The letter stated that they were going to have Dr. Soliman come to Little Rock on June 6th & 7th for questioning.
• Panic attacks begin again.

04.20.19 Courtney finds her old phone:
• Courtney lets me know that she has found her old iPhone that has the copied text that Dr. Soliman sent to Brooke. She wants to try and pull them off if possible.

04.22.19 Third meeting with counselor:

• Counselor gives some direction on what to say if Dr. Soliman approaches me at some point.  Amber states that it would be good to have something prepared.

04.23.19 Follow up with Courtney's phone:
• Courtney gave over her old iPhone and we look at the messages. We can see Brooke's responses, but we are unable to see Dr. Soliman's. Later that evening, Mark and I purchase a program to download these messages. Afterwards, we are still unable to see Dr. Soliman's responses. Rose Smithson should have all of these text on file.

04.25.19 Text message from Carol Trahagan, APN for Dr. Ted Fish
• I received a text from Carol, APN for Dr. Ted Fish, stating how sorry she felt me regarding what I was going through. Carol also stated that she supported me all the way.
• Word is getting around and I am not talking. Starting to feel walls closing in around me.

05.02.19 Amber Halfacre agrees to testify if contacted.

05.17.19 Follow up letter sent to Arkansas State Medical Board with information on three additional names for testimony.

05.20.19 Dr. Soliman goes out of his way to make sure that I can hear to put his schedule back on for June 6th &7th

05.22.19 Received letter from Arkansas State Medical Board informing me that Dr. Soliman's Meeting has been rescheduled for August 1st & 2nd.

05.23.19 Met with Rose to request again for cameras in our office.

05.23.2019: Again, I met with Rose and requested cameras in the office. I told Rose of Dr. Soliman's anger and felt he was chasing me down 4-11-19 in and out of the clinic after 5p.m. in hopes I was by myself. I perceived that he was wanting to say something to me. Scared. Rose told me that she would speak with Laurie. Never got back with me.

06.04.2019: Forwarded email to Suzanne; No cameras at this time.

06.05.2019: Crying in shower feeling like "I can't do this anymore." Spoke with Courtney Burns, APN, and she gave me words of encouragement.

06.08.2019: Ruff Day. Dr. Soliman is in clinic - Overwhelming anxiety - Panic Attack-Nauseated- Chocking feeling -I had to go to the restroom several times. -Tears.

06.13.2019: Dr. Joel Carver B-day cake. Vickie brought Dr. Soliman a piece. Later, Dr. Soliman came out of his office holding cake. "Vickie, whose B-day? "'(When she said, "Dr. Carvers," Dr. Soliman slung his cake in the trash. "He is a bad guy!" Stormed off.

06.18.2019: EEOC complaint went out.

06.19.2019 Received my EEOC login.

06.20.2019: Vickie W, LPN, frustrated moving Dr. Soliman's cases August pt for Arkansas Medical Board questioning. Also, Dr. Soliman asked her to move desks and sit by me trading places with Tawny, Dr. Soliman's RN. Vickie asked Dr. Soliman, "Why?" and Dr. Soliman stated, "Because Tawny did not want to sit by me." (I have done nothing to her) Vickie said, "No." Vickie told this to me. I'm not sure what Soliman has told Tawny about me? Lies?

06.21.2019: Bentonville Clinic - Get these stares from Dr. Bogomilov as he looks up from a long text or e-mail. Stares as if to say, "Are you serious?" I just looked at him not saying a word.  Back to Fayetteville - Vickie out of sorts. Cussed by patient and she is very upset. Dr. Soliman tells Vickie to cancel this patient's procedure. Rose tells Vickie not to and call patient back on Monday. (It would be "Abandonment" on Dr. Soliman's part) He flies off the handle often instead of taking the time to figure something out-he just blows up.

06.26.2019: Dr. Soliman walks by my desk with a look of anger. He had this "Go to Hell" look as he passed by. Jessica saw and said, *"Oh* my, did you see that?"  Glad she witnessed this as well.

07.10.2019: Lunch - Hears Dr. Soliman yelling at someone on the phone from his office. "Shame on you." He closes door. Andrew, Tawny, Taylor, Jessica, and I all heard this. It was discovered later that he was speaking to one of his children.

07.15.2019: I was off - Jessica tells me the following day that Tawny is talking to Dr. Soliman in the clinic at our desk counter. Tawny stated, "Anita was eavesdropping on you when you were upset on the phone Wednesday with your kid." Jessica saw Vickie shoot Tawny a look like *"Oh* my, really?" Jessica stated, "Tawny, as every one of us that was sitting out here, Andrew and me."

07.16.2019: When I heard this from Jessica, my chest started pounding. My blood pressure was 200/110. I took a Bystolic 5mg and rechecked. 160/88.
Is this a hostile work environment? Comments, stabbing me in the back? Tawny also follows me around thinking she will hear me talking. Thoughts?
Lost wages: - I must pick and choose weekend work around Dr. Soliman's schedule.
Sick and Personal Time: Deescalate, Blood pressure, Hot flashes, Dr. visits, and therapy. $?

Medical expenses.  Counselling: Anxiety, nightmares, yelling out loud in sleep, PTSD and sleep fatigue, nausea, High Blood Pressure, Angry.
Takes a toll on others: Family, friends, parents, kids, co-workers, church family, etc.
Asked for Cameras
Consistent avoidance of Dr. Soliman in halls and stairwells.
Medical Reps who ask questions about Peculiar Behavior
Work has become more stressful

07.19.2019: - Received email from EEOC. They have received WRMC's statement. They will email me when I can see response.

07.22.2019: - Monday, worked. I had to be in the presence of a Dr. Soliman clinic all day with comments:
Taylor - "Well if you are off next Friday too, then I am off."
Dr. Soliman - *"Well,* I may be off. I may not have a job next Friday."
Both were laughing. They were referring to the Arkansas State Medical Board Meetings scheduled for August 1st & 2nd.
Taylor - "Yeah, we may not have jobs next Friday."
I can see Dr. Soliman look my way out of the corner of my eye to see what kind of reaction I would have; I kept working on my computer.
After lunch, Dr. Soliman comes back into the clinic in front of my desk and tells Taylor, APN who is staring at her computer, *"I* am having a good day. I just got some really really good news." (He is prodding me again.) I feel like I am choking again.
I had to go downstairs to get my composure back. "Step away from Dr. Soliman," I thought to myself. He has been in my face all day.

08.01.2019: Driving back from the beach, Jessica, my tech, calls. Jessica stated that Dr. Soliman did not go to Little Rock Today for questioning. He received a call from his lawyer in the afternoon after he scheduled an ablation for Friday, August 2nd to turn around and cancel. His lawyer called and said he had to be in Little Rock at 10:30 a.m. Friday, August 2nd.

08.02.2019: Misti called and said, "Well, he got off" and no more questioning on investigation from the Arkansas State Medical Board." "Anita, I am so sorry. I can't believe this and how can he keep getting away with this?""
Jessica calls - "I am so sorry and no matter what, Misti and I have your back."

08.06.2019: Jessica told me that yesterday on lunch, Tawny said she was going to get Dr. Soliman a celebration cake for "getting off the hook with the Arkansas State Medical Board." Jessica told Tawny "that is not a good idea." Then, Tawny told Vickie, LPN. Vickie told Tawny, "That is not a good idea" as well. Jessica said, "I will go to H.R. if Tawny does this". "I am tired of her stirring the pot." Tawny was perceived as flirting with Dr. Soliman the week I was out. "Sick!" per Jessica.

08.08.2019: I called the Arkansas State Medical Board and left a message. No response yet. They called back and said my letter is going out tomorrow. They would not give me any information.

08.09.2019: (Morning) I spoke with Dr. Bogomilov and I told him, if Dr. Soliman is truly leaving as you have stated, Dr. Soliman is on his way out and his marriage is in trouble again. Dr. Sharma, Dr. Soliman's wife, is a doctor and will stay in NWA and continue to practice at the VA.
(Afternoon) In the clinic by myself and on the phone with a patient when three men in suits come walking in smiling at me. The men looked around the clinic looking at the ceiling as well as the hallways.
These men also took a careful look around my desk and work area. Amber told me later that they did the same thing in the downstairs offices. Who were these men? Were they from the EEOC? My thoughts.

08.12.2019: Jessica calls me and says that Dr. Soliman tells Vickie, "I have to be off August 15th to go for another meeting in Little Rock. Another day of rescheduling procedures. Vickie is frustrated.
I received my response letter from the Arkansas State Medical Board.

08.14.2019: Dr. Bogomilov comes in early and gives me the link to watch the Arkansas State Board
Hearing broadcasted by AETN Public Television.
Watched Dr. Soliman's Attorney, Mike Mitchell
It was brought out the Dr. Soliman had failed a recent Polygraph test.
Psychologist stated that Dr. Soliman was diagnosed with a "Narcissistic Personality Disorder."
• Psychologist stated that Dr. Soliman has an "Impulsive Control Disorder."
• Predator Traits.
• Decreased Cognitive signs
• Lack of "Perception"
• Accused me of sending his wife a letter.

08.15.2019: I made an appointment with my counselor, Amber, for 08.26.2019.

08.16.2019: Jessica texted me; Jon and she watched the video from the link.
I spoke with Courtney, APN this evening. Dr. Soliman threatened Jessica Royal. "I will take care of you," supposedly stated by Dr. Soliman according to Courtney.
Amber - "Tell that Arkansas State Medical Board to call me. They have never contacted me."
They both have seen the video hearing. Amber, RN and Courtney, APN

08.19.2019: Doctor's appointment with Dr. Birch. Changed medicines. (Hormone cream and pills.) I asked her if stress has a factor. Dr. Birch said, "Absolutely!" Dr. Birch does not know this situation that I am in. In addition, Thyroid medication was ordered along with lab test. October 2nd is scheduled for my follow-up visit.

21

08.21.2019: 1st conversation with Colleen Smith, our new office manager. I went to speak with her about other office drama upstairs. Jessica said Colleen wanted to talk and "very much in your corner."

First thing Colleen said to me was, "I am proud of you standing up and doing the right thing." She had tears in her eyes. I could tell she was sincere. Colleen stated that she came from a hospital that was

"Zero Tolerant" for such behavior. (Sexual Harassment) Colleen also stated that she had seen an "Administrator" escort "Doctors" right out the door with no questions asked.

I received some text through "Messenger" on Facebook from Wendy Hart, APN. I then forwarded this message to Colleen, Rose, and Dr. Bogomilov. Colleen responded, "I will check into." Dr. Bogomilov responded with, "I think it is time to put this matter behind us and just move on." I did not respond to Wendy's or Dr. Bogomilov's messages.

08.22.2019: Dr. Bogomilov comes in early and pulls me into breakroom apologizing for Wendy's message. He was talking and mumbling making no sense. I still don't understand how Dr. Bogomilov was involved and why Wendy sent this message to me.

Dr. Bogomilov said, "I cause that message sent to you last night from Wendy Hurt." I am sorry," he said to me again. Dr. Bogomilov stated that he knew somethings that I did not. Dr. Bogomilov said, "Dr. Soliman got angry with him/' when he mentioned Wendy Hart. I still don't know the details. Then Dr. Bogomilov stated to me that he knew three members who could help me." Dr. Bogomilov also stated, "You know, WRMC cannot fire Dr. Soliman right now because of you and he cannot go anywhere because of his contact with the Foundation, Dr. Diner." "In state or out of state." I said, "So, in other words, we are stuck with him unless he messes up again. Right?" I told Dr. Bogomilov again, "This is not my fault; This is ALL Dr. Soliman's fault."

08.24.2019: Spoke with Amber who stated that she had seen the video.
I spoke with Brook and she stated that she had seen the video.

08.26.2019: Meeting with Counselor, Amber. She suggested meds for my anxiety, panic and roller coaster moods caused by stress.

08.27.2019: Talked to Misti, APN. She started me on Lexapro.

09.09.2019: Worked on letters to send to each Arkansas State Medical Board member.

09.11.2019: Mailed out 16 letters. Rounded corner in hallway at lunch and ran into my new office manager and she stated that she had watched the video AR state Medical Board. *"I* assure you Anita that he is on a very short leash" said Colleen Smith to me.

09.23.2019: Received EEOC email: I can now see WRMC's response. (55 pages)

09.23.20 12:53am Vivid dream and woke startled. I am at work hiding under my desk and Dr S is looking for me with a gun. My mind telling me "Dr S is going to kill me". So much for the rest of the night-no sleep.
Home from work tired. Found on website AR State Medical Board meeting will be aired live again. Dr Soliman on Thursday 10-1-20. I was going to go but mow I can just watch.

09.25.2019: Brooke Pruitt sent her own complaint letter to the Arkansas State Medical Board.

09.26.2019: Dropped off packet to Suzanne, responses and corrections to WRMC's response letter.

09.26.20 Worked with Dr Chism and Brandi Barnes, APN this weekend and Brandi said she would talk on my behave just as she did in the spring with the WRMC lawyer of Dr S inappropriate character on things at the hospital with others. Brandi stays away from Dr S so as not to have to deal with or work with.

09.27.2019: Misti, APN emailed a response stating that Taylor did say she heard Dr. Soliman say, "I'm sorry" and did hear the conversation.

09.29.2019: Jessica Royal, RN, states that she has seen the Arkansas State Medical Board Hearing.

09.30.20 Dr S in his office with door closed, back and forth all morning. 11ish am Jessica, med tech hear Dr S telling his nurse Vickie that he does not have to go to LR 10.01.20. I went downstairs to Colleen and she said "His lawyer has been exposed to COVID and now he goes in December 2010 to the AR State Medical Board hearing. Delay again because he knows he is in trouble. Surveys not going out and then I am positive that new ones are not good for him.
I did send emails to The Foundation and to the ASMB. I did not get response from ASMB but did from Rebecca -The Foundation. She said the board can chose to grant delay and she was sorry and understood my frustrations.

10.01.2019: Overheard Dr. Soliman on phone; maybe with his attorney. "No, I have not done that, I did not, I did not do that" "Really, I did not." Not sure who he was speaking to.
Jessica Knox, my Tech, states that she has always been in my corner and has my back. However, she will not write me a statement of communications she has heard because Jon, her spouse, does not want her to even though he is with me. Jon is the *"Cath* Lab" manager at WRMC. Fear once again.
Brooke and Suzanne talk. Brooke is on board with all of this. I spoke with Courtney Burns, APN and I will see if she will follow through.

10.02.19. Brooke sent in her letter of complaint of sexual inappropriate comments, texts and stalking. She cc to CEO-Larry Shackelford WRMC.

10.03.19. Lunch break to Clark Law and meet with John Ogle (partnering attorney). More info given that they requested. Texts, WRMC Bylaws, and last AR State Medical Board response and copy of the letter I mailed to every Board member of AR State Med Board. John is working on first draft back to EEOC-rebuttal to WRMC's response.

10.10.19. Ran into Dr Soliman as I exit exam room. "Excuse me". He is supposed to be using back hallway!

Courtney Burns, APN told me that that she has been talking to others and "I need to stay out of the situation" That was a blow. She knows so much but now afraid to speak out.

Dr Soliman in back hallway with his team.
"I will buy your tickets. Talking about them all going to Egypt-his home land. Drew, Taylor, Vickie, and Tawny.

10.11.19. Jessica Royal, RN messaged me that her incident was in 2015.

Brooke Pruitt Affidavit

EEOC response sent-response to WRMC's response.

10.15.19. Brooke received letter from AR State Med Board and Dr Soliman headed back to LR On Dec 5, 2019. I also received a letter regarding.

10.16.19. After work I talked to Colleen Smith-office manager and let her about Dr Soliman and AR Med board again. She did tell me that Dr Diner-"The Foundation" contacted her regarding handing out Surveys regarding Dr Soliman-behavior etc. 5 per month. "3 upstairs" and gave some to Stephaney-Cath lab Director since she does not know the people in the cath lab. I asked to give to Jesicca Royal, RN, Jessica Knox, MT, Dr Carver, Courtney Burns, APN, Misti, APN, Amber, RN. Discussed Dr S coming in break room when I am in there at lunch alone.

10.17.19. Sent email to Colleen requesting Dr Soliman mot come in break room when I am in there alone and use back hallway away from me as well. I got no response, but something must have transpired. He was at my desk by me when I was alone using stapler, walking by my desk numerous times. Anxiety anger, panic!

10.18.19. Woke at 4 am. Panic. Can't sleep and can't get him out of my head. Asked Colleen about my email. "I will have to think about it" ???

10.21.20. Another restless night. Brain racing.

10.22.19. Up again all night. Can't sleep but totally exhausted. Restless, anxiety.

10.25.19 Dr S gets his certified letter from AR Med Board. Saw on Desk.

10.26.19. Fall party clinic party at Dr Bogomilov's house.

11.06.19 Dr. S treating Misti, APN badly. She is helping Dr B and Dr S since Taylor is off. Misti texts him regarding his hospital pts. He replies to her "I got it" and then within the hour Colleen is texting Misti, Why are you not helping Dr S!!! He just stabbed her in the back and she has been busting it for 2 weeks for both Drs.

11.07.19 Dr S gives Misti $20 for helping him and she gives it back. Like nothing happened the day before.

11.09.19 Help with weekend rounds. Dr Ramaswamy wanted to make sure I knew Dr S was rounding on his. I knew and never ran into him.

11.12.19. Vickie, LPN-Dr S nurse out with flu. Shelley, RN asks if I can help with Dr S clinic in HS. Me "Really Shelley, you know I can't do that!" Later was using fax and Dr S closes door so he can't see me there. He finally gets tired of waiting and he comes out and jerks his list off counter by me.

12.05.19. Mark-my husband and Chastity-my daughter go to LR to the AR State Med board meeting. Not on the TV this time. They come back and transcribed the meeting. SEE transcribed note of meeting. Not much done. Surveys not going out. Dr Diner, "I hate to even say this, but WRMS was nervous about releasing this information" stated that after conversation with Tom Olmstead that they reinstated the surveys.

12.16.19. Received letter from AR State Medical Board. Joke-Form letter

12.17.19. Dr Soliman waving his letter from AR State Medical Board. "Look what I got!! Smiling and loud. His team follows him back to his office. "We need to celebrate as he hands out $20 bills. Anger, anxiety, choking feeling, CP. upset.

Misti, APN told me that she got one of the surveys today.

12.18.19 Sent HR director complaint regarding yesterday.

EEOC wants more info. Emailed lawyer back answer to the questions.

Colleen questions Drew and Tawny today. Vickie off. I talk to Colleen briefly and she said the surveys are back up and legal did not know the importance of them?? Ok and she did ask if I had an EEOC claim and I said YES.

12.19.19. I talked to Jessica Royal again and asked if she would give me a written letter of her incident and she said she would think about it.

12.21.19 In office after weekend rounds-Dr Chism. Dr S comes in? Nervous. What is he doing here? I am by myself-He finally leaves.

12.23.19. Mark and I meet with Suzanne-Lawyer and she is not very aggressive and really not wanting to do anything to help us pursue. Said we would not get anything and my case not strong enough.

01.01.20. I text Jessica Royal and Amber Roberts to see if any thoughts to talk, help me and NOPE. fear...

01.02.20 Letter to EEOC from Suzanne answering some more questions.

01.11.20. Rounded with Dr B and Misti-Weekend. Was in office by myself again and Dr Soliman comes in. ?? What for?? I go downstairs and finish my work. He was not leaving.

01.26.20 Rounding again-Sunday. Dr S coming in again. He is in his office slamming desk drawers, shuffling papers, then leaves, slamming the door open to leave-Back door stairwell. Nervous. Was afraid he was going to approach me but did not. Nervous, panic. Not sure why he is here again on Sunday.

01.29.20. Dr B and Dr S there early. Monthly Dr business meeting. They are in their office and I hear Dr S talking about me. Ranting and raving about how horrible I am and calls me " Wicked" and what I have done to him is Wicked!!! I am so angry and want to approach but I do not! I text Dr B later to ask him about. "I am trying to stay out of any of this Anita" I text him back. "I know but I heard it". I wanted to make sure Dr B knew I heard it all!!
Misti also asked Dr B why Dr S keeps coming in on Sundays? Anita is up there a lot by herself and Dr B's response was I don't know.

I emailed complaint to Attorney General's office-breech of identity-AR State Medical Board-AETN 8.2.19
Sleeping aide-can't sleep

01.30.20 Woke at 1:30 am to 3:45, sleep and back up at 4:45. Tired, anxiety
Emailed complaint to HR, Laurie Morrow, Colleen Smith and Larry Shackelford. Also forwarded to EEOC-Ivan.
I emailed Sue Tedford-AR State Board of Nursing. Asked her to view the 8.2.19 Soliman hearing. Asked if she could visit with me.

02.03.20. Mark and I go to LR and meet with Sue Tedford. She listened and said she really could not help unless we had filed criminal charges. I failed to ask how

she could help if we did? She did verify that there was no law in AR to mandate sexual harassment training. No legal obligation. I need to work on letters to state reps, congress and governor. Not much from her " Good luck" She said to ask for Soliman file though-AR State Medical Board.

Went to Attorney General's Office - Leslie Rutledge. Office found my email and we met with a private investigator and she encouraged writing to state reps as well. We visited for an hour. She gave me her Name, number and email Card to keep in touch.

02.10.20 Received a call from Lauren-Attorney General's office and she gave me some info on US Reps, Washington County Senate phone numbers and House District # 88 and Senate district #7.
The Laura's Card-Domestic Violence-Laura Abbott-Reference on how she was able to fight. Teacher from Cabot AR

02.11.20 Tuesday. Dr S afternoon clinic started and he was rather bothered, texting, back and forth to his office. His staff asks if he is ok? "NO!" He is at the counter diagonally from me on laptop. Mumbling-and then "I am tired of looking at this shit. I am tired of looking at this everyday" He has directed his attention towards me as I struggle not to respond by look or body language. He goes in pt room. Jessica-my MT looks at me and says Did you hear/see that? He was talking about you! I simply say I know!!
Later Taylor APN says to Dr S-" Well if that happens to you, I guess I will be on the street" laughing!! Making fun of-as if Dr S to get fired?

I have gone from "Beautiful" to "Wicked" to "Shit"

02.12.20. Sent complaint letter once again to HR-Laurie Morrow, and cc: Colleen Smith, Larry Shackelford, Dr Davis Ratcliff, and Tom Olmstead. By 9:30 am I received a response letter from Tom Olmstead pretty much making me out to be a liar.

02.13.20 Went to Colleen's office and just blew up. Told her once again, they better do something with him..."This is not my fault and I am the one being treated bad. WRMC legal does not care about hard working honest employees"!! She did tell me that this has been turned over to the board. She assured me that Dr S was on a very short leash. She asked if I wanted change teams and move downstairs. I said no way and I am mot moving. He needs to be GONE. Forwarded all to Suzanne. Did not sleep well again. Feel like crap.

02.14.20. Headed to Hidden Springs clinic in Dr B's van. Jessica Knox, MT knew she had Dr B cornered and nowhere to go. I did not know she was going to do this. She asked Dr B to turn radio off, she needed his full attention. "This is about Dr Soliman and don't like seeing and hearing his behaviors towards Anita and I am becoming very uncomfortable around him myself. I want you to know that Anita

did not prompt me and I am telling you this on my own." She went on tell him what happened in clinic 02.11.20. "Dr B, he has become just crazy in the last 2-3 months and I do not like being around him. He is creating a very uncomfortable, hostile work environment for Anita, myself, and others. I don't like it at all. Dr S has become more vocal, bold and just plain scary. Never know what to expect around him. I think we need to talk about moving him downstairs."

Dr Bogomilov said, "Yes, I don't talk to him much. He gets so defensive and angry easily. He is stressed, you know his wife has pretty much left him, his kids will not have anything to do with him. He is so skinny from not eating. If he loses his license he is not in any financial shape and he went out and bought that car instead of saving his money." Dr B said he would talk to admin. And goes on to say he bring in a lot of money to the hospital.

Jessica said again, "He needs to be moved downstairs. Nobody likes him"

He did take a phone from admin during clinic and stepped away.

02.17.20 and 02.18.20. Jessica and Dr B state Dr Soliman won't talk to them. Dr S wrote up Dr Ahmed? Wrote up Jessie, PA? Everyone talking about how crazy Dr S has become. Afraid of him-several. Cath lab dealing with his craziness as well.

02.21.20. Morning clinic-I come out of exam room to "I did not do that" as B sees me and coerces Dr S to the back hallway to talk. Dr S pulling Dr B from pt room again. Misti, Jessica and I not sure??? My stomach is in knots!!

02.26.20. Suzanne emailed that she had heard from EEOC Ivonne Knutson, wanting to know if I would like a different position in hospital. NO
Would I settle for "a couple thousand dollars. NO
My charges are not "Egregious" and if I am looking for a 6 figure settlement that I am better off filing in court.

02.29.20. Worked with Dawn, APN and Dr Ramaswamy. Dawn said she had an uncomfortable situation regarding a mutual pt with Dr S and she had to call Dr Ramaswamy to handle. He was mad at Dawn for not doing what he said and she called Dr Ramaswamy. Dawn said it would have cause more arrhythmia-lethal to the patient at that time.

05.01.20 Released Suzanne Clark as legal representative. Just not feeling like she is working for me. I cannot put my finger on.

Emailed EEOC regarding.

05.03.20. Looked up and made list of WRMC board members

05.07.20. Hand delivered letters and article "It's time for nonprofit boards to have a conversation about Sexual Misconduct" to board member in clinic privately and enough copies for all the other board members. 10 copies.

05.14.20. Jessica Knox got called to HR and ran into Jessica Royal for questioning regarding me and Dr Soliman. A lawyer-male and a female. She said Taylor went to as well as other APN's. Word is that the MD's got phone calls.

05.23.20. Received a letter from Larry Shackelford. They hired "outside legal counsel to investigate my allegations...board unanimously..opinion thoroughly investigated.. appropriate disciplinary action regarding Dr S.

They failed to talk to Courtney Burns, APN and Jessie PA. Dr Soliman dislikes these two very much.

06.03.20. Vickie Warburton, LPN Dr Soliman's nurse talking and not realizing what she is saying. " Dr Soliman told us(team) to NEVER accept blame. It is always someone else's fault. Remember it is never you fault. Drew, MT is working on getting into Medical School.

06.09.20. 3 MT's went to Colleen Smith to let her know that they are not comfortable helping in Dr S clinics. Maria, Cynthia, Emily. Emily went to turn her notice in. Colleen talked her into staying.

06.10.20 Brandi Barnes, APN told me that she gave that lawyer an ear full regarding Dr Soliman and his sexual and unprofessional behaviors. She wanted me to know. She told them that she will not work with him or help him.

06.20.20 Reached out to lawyer in LR that was referred to me by Time's Up. John Coulter. He was not very encouraging on the phone and basically told me I could pay him to represent me but I would not get my money back. Short and sweet and he really was not interested. I could tell that right off the bat. He did say that he was very disappointed in AR EEOC because they are people who are close to retirement and they really don't investigate or request records from employers properly to see and make changes regarding sexual harassment.

09.1.20. Saw letter on Dr S desk from AR State Medical Board??

09.2.20 Dr B said he was taking off 10.2.20 to go back to AR Board with his wife-Follow up. Now makes sense why Dr S is off on 10.1.20. Back to the AR State Medical Board. Emotional and panic feeling coming back.

09.3.20. Went to Colleen and asked her why the surveys not going out?
Colleen said " I don't know what legal is doing but they took them from me and said they would take care of. Dr Soliman Is handing them out and collecting them. 5 went out last week.
Me "Are you kidding me?" Anger swelling up in me!!! "This is wrong and I am trying to be professional and do the right thing!"

Colleen "I know I know. Hang in there. You are doing good. I really don't know what legal or administration is doing? Just 30 more days. She winks at me. Not sure what that was??? Or what that meant. Maybe she knows something I don't and she can't talk???

09.04.20. I talked to Amber, N again and she went into detail of how HR told her to come and they would meet her at back dock and took her back way so no one would see her as she went to meet with that lawyer back in May, 2020. She said she answered the same questions as the others and she told them about her own experience with Dr S and his sexual verbal and sexual hand gesture towards her. Amber said I will talk now Anita. She said Anita you can subpoena me. I told Amber I want you to freely talk, I don't want to force you to. Amber assured me she would now. She talked to her spouse who did not want her to said she should talk now. He changed his mind.
Me
Brooke
Amber
Misti

09.06.20. I sent email to the foundation and AR Medical Board . I received response from The Foundation-Rebecca Gaston. Wants to talk.

09.0.20. Spoke with Rebecca Gaston. Told her all the episode from Dec to now. She ash me to send in paper to her email. She asked me, "Do you feel that WRMC is covering up? I told her "Absolutely, Dr S brings in money. Of course they are and the longer this goes on the more people ask me and they know it is a cover up"

I text counselor for an appt. Feeling a bit anxious and panicky. Amber Carten in Fayetteville.

09.09.20 Talked Amber Roberts, RN about talk with Rebecca Gaston. She said she will ask Colleen for a survey.

09.10.20. Got a call for an interview with The AR State Health Department but the interview are only Wednesday morning next week but I can't do that. Biggest clinic day for me and just found out today 10 people out for Covid!! 14 days.

Worked on updating timeline

Called my brother for updates and prayer

9.11.20. Sent in modified timeline to Rebecca Gaston. Will send more until date.

I called EAP to get approval and paperwork to Amber for counseling - to pay ❾

Confirmation Monday meeting at 2 pm.

09.23.20 Turned Dr. Soliman in again.

45.     Plaintiff is still forced to work with Dr. Soliman on a daily basis.

46.     Plaintiff filed a timely Charge of Discrimination with the EEOC on 06/18/2019, Charge No. 493-2019-01638.  *See attached* EXHIBIT 14, Charge of Discrimination

47.     The EEOC issued a right to sue on 08/24/2020.  *See attached* EXHIBIT 15 Dismissal and Notice of Rights.

## COUNT I
## GENDER DISCRIMINATION

48.     Plaintiff restates and incorporates herein by reference the preceding paragraphs of her Complaint as set forth herein verbatim.

49.     Plaintiff is a member of protected class (female).

50.     The actions of the Defendants constituted gender discrimination and created a hostile environment that rendered Plaintiffs intolerable, in violation of federal and state law.

51.     Defendant Soliman discriminated against Plaintiff and other women by making repeated unwanted sexual advances towards them.

52.     Defendant Washington Regional discriminated against Plaintiff and other women by having actual knowledge of Defendant Soliman's behavior, and failing to act to protect the Plaintiff and other female employees.

53.     As a direct and proximate result of Defendants' actions described herein, Plaintiff has suffered from a loss of income and benefits, severe emotional distress and mental anxiety, for all of which he should be compensated.

## COUNT II
## HOSTILE ENVIRONMENT/CONSTRUCTIVE DISCHARGE

54.     Plaintiff restates and incorporates herein by reference the preceding paragraphs of her Complaint as set forth herein verbatim.

55.    Plaintiff was subjected to a hostile or abusive work environment because of Defendant Soliman's conduct and Defendant Washington Regional's tacit acceptance of Defendant's Soliman's offending behavior.

56.    The harassment adversely affected, and continues to affect, the Plaintiff's psychological well-being and unreasonably interfered with the Plaintiff's work performance.

57.    The environment to which Plaintiff was subjected was so pervasive as to change the terms and conditions of the Plaintiff's employment by creating a hostile work that prevented the Plaintiff's performance of her work duties.

58.    Defendants had notice of the harassment and they failed to take reasonable remedial action.

### COUNT III
### CONSPIRACY TO DEPRIVING PLAINTIFF OF
### EQUAL PROTECTION (42 U.S.C. § 1985)

59    Plaintiff restates and incorporates herein by reference the preceding paragraphs of her Complaint as if set forth herein verbatim.

60.    The Defendants discriminated against the Plaintiff on multiple occasions, as set forth, *supra,* discrimination and hostile environment. Such retaliation proximately caused her damages as set forth herein.

61.    Defendants Soliman and Washington Regional conspired with each other, and possibly others presently unknown to Plaintiff, to deprive Plaintiff of equal protection of the laws and of equal privileges and immunities under the laws.

62.    The conspirators committed some acts in furtherance of the conspiracy which included advising Plaintiff to forget past events if she wanted to continue her employment.

63.     As a result of the conspiracy, Plaintiff was injured by Defendants in her person and property and deprived of having and exercising her rights and privileges as a citizen of the United States.

## COUNT IV
## ARKANSAS CIVIL RIGHTS ACT

64.     Plaintiff restates and incorporates herein by reference the preceding paragraphs of her Complaint as if set forth herein verbatim.

65.     The acts and omissions of Defendants violated Plaintiff's rights that are protected by the Arkansas Civil Rights Act of 1993, Ark. Code Ann. §§ 16-123-101, et seq., in that the Plaintiff was subjected to discrimination in the terms and conditions of her employment based on her gender.

66.     The acts and omissions of Defendants violated Plaintiff s rights that are protected by the Arkansas Civil Rights Act of 1993, Ark. Code Ann. §§ 16-123-101, *et seq.*, in that the Plaintiff was subjected to retaliation after she complained of the discriminatory and harassing conduct to which she was subjected, as more particularly set forth above.

67.     The retaliatory conduct of Defendant proximately caused Plaintiffs damages, as set forth herein.

## COUNT V
## NEGLIGENT HIRING / RETENTION

68.     Plaintiff restates and incorporates herein by reference the preceding paragraphs of her Complaint as if set forth herein verbatim.

69.     Defendant Washington Regional knew or should have known about the behavior of Defendant Soliman.

70.     If Defendant Washington Regional had conducted even a cursory investigation or background check into the behavior of Dr. Soliman he would not have been hired.

71.     There is a direct causal connection between Defendant Washington Regional's failure to conduct an effective background check on Dr. Soliman and the damages suffered by the Plaintiff.

## DAMAGES

72.     Plaintiff restates and incorporates herein by reference the preceding paragraphs of her Complaint as if set forth herein verbatim.

73.     As a direct and proximate result of the actions of the Defendants the Plaintiff has suffered damages in an amount in excess of the minimum amount for federal diversity jurisdiction to be determined by a jury for the following elements:

a. Emotional Distress;

b. Lost reputation;

c. Lost promotional opportunities, salary and benefits;

d. Compensatory and punitive damages.

WHEREFORE, Plaintiff prays this Court grant the following relief:

a. Grant Plaintiff a trial by jury;

b. A declaratory judgment that the actions of the Defendants violated Plaintiff's rights under state and federal law;

c. Grant a permanent injunction prohibiting the Defendant Washington Regional, and its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex;

d. Grant a permanent injunction enjoining Defendant Washington Regional, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in retaliation or from any employment practice which discriminates on the basis of retaliation or which facilitates, condones, or encourages retaliation;

e. Order Defendant Washington Regional, to institute and carry out policies, practices, and programs which provide equal employment opportunities for females which eradicates the effects of its past and present unlawful employment practices.

f. Order Defendant to make Plaintiff whole by providing a damages award, in amounts to be determined at trial, and provide other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

g. Order Defendant Employer to make Plaintiff whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including job search expenses, and other appropriate expenses in amounts to be determined at trial.

h. Order Defendant to make Plaintiff whole by providing compensation for past and future non pecuniary losses resulting from the unlawful practices complained of above, including emotional pain, suffering, embarrassment, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

i. Order Defendant to pay Plaintiff punitive damages for their malicious and/or reckless conduct described above, in an amount to be determined at trial.

j. Grant such further relief as the Court deems necessary and proper.

k. Award Plaintiff attorney's fees and costs in this action.

Plaintiff requests a jury trial on all claims set forth in her Complaint.

Respectfully Submitted

The Brad Hendricks Law Firm
Lloyd W. "Tré" Kitchens
500 C Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444 (P)
(501) 661-0196 (F)
Tkitchens@bradhendricks.com

By: _____
Lloyd W. "Tré" Kitchens, ABN 99075


## VERIFICATION

I have read the above and foregoing and it is true and correct to the best of my knowledge and belief. Wherein I set my hand and seal this 27th day of October, 2020.

_____
Anita Clinard


STATE OF ARKANSAS    )
                     )ss
COUNTY OF Pulaski    )


Sworn to and subscribed before me, a Notary Public, on this 27th day of October, 2020.

_____
NOTARY PUBLIC

AUDRA L. MURRAY
MY COMMISSION # 12367826
EXPIRES: October 2, 2028
Pulaski County

My Commission Expires: 10/02/2028