UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANITA CLINARD                                                                                                PLAINTIFF

v.                                              No. 5:20-CV-05188

WASHINGTON REGIONAL
MEDICAL CENTER and SOLIMAN
MOHAMED ALI SOLIMAN                                                                         DEFENDANTS

## ORDER

Plaintiff filed a motion (Doc. 16) to dismiss Separate Defendant Soliman Mohamed Ali Soliman, M.D.  No response has been filed, but a response is unnecessary.  The motion will be granted.  Federal Rule of Civil Procedure 41(a)(A)(i) allows a Plaintiff to dismiss without a court order if a notice of dismissal is filed before the opposing party serves an answer or motion for summary judgment.  Separate Defendant Soliman has filed a Rule 12 motion to dismiss (Doc. 10), which is not an answer.  Plaintiff may dismiss her claims against Defendant Soliman as a matter of right.

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 16) is GRANTED and all claims against Soliman Mohamed Ali Soliman are DISMISSED WITHOUT PREJUDICE.  Claims against Washington Regional Medical Center remain pending.

IT IS FURTHER ORDERED that Defendant Soliman's motion (Doc. 10) is TERMINATED AS MOOT.

IT IS SO ORDERED this 1st day of December, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE